# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00167-KJD-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| GABRIEL PINEDA-TORRES, | |
| Defendant. | |

    Based on the stipulation of counsel and good cause appearing,

    IT IS FURTHER ORDERED that the Sentencing Hearing currently scheduled for April 28, 2020, at 10:00 a.m., be vacated and continued to June 23, 2020 at the hour of 9 : 00 a .m.; or to a time and date convenient to the court.

    DATED this 23rd day of April, 2020.

_____
UNITED STATES DISTRICT JUDGE

3